UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| AMERICAN TOWER CORPORATION<br><br>-v-<br><br>JIDE J. ZEITLIN, THE KEFFI GROUP LTD.<br>and INDEPENDENT MOBILE<br>INFRASTRUCTRE LTD. Plaintiff,<br>Defendant. | Civil Action No.: 1:07-cv-11629-DC<br>ECF CASE<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

American Tower Corporation     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

*None.*

**Date:** December 28, 2007

Signature of Attorney

**Attorney Bar Code:** NR-4326

Form Rule7_1.pdf SDNY Web 10/2007