UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN TOWER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JIDE J. ZEITLIN,<br>THE KEFFI GROUP LTD., and<br>INDEPENDENT MOBILE<br>INFRASTRUCTURE LTD<br><br>Defendants. | Civil Action No.: 1:07-cv-11629-DC |

## MOTION FOR ADMISSION PRO HAC VICE
## OF ATTORNEY ALAN D. ROSE, JR.

Pursuant to Local Civil Rule 1.3(b), plaintiff American Tower Corporation, by and through its attorney Nicholas J. Rosenberg, a member of the bar of this Court, hereby moves for admission *pro hac vice* of Attorney Alan D. Rose, Jr. to represent American Tower Corporation in this matter. In support of this motion, American Tower Corporation submits the affidavit of Alan D. Rose, Jr., filed herewith, and states as follows:

1. Attorney Rose is a partner at the law firm of Rose, Chinitz & Rose, located at 29 Commonwealth Avenue, Boston, Massachusetts 02116. Rose, Chinitz & Rose has been retained by plaintiff American Tower Corporation to represent them in this matter.

2. Attorney Rose is admitted to practice in the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, and the United States Court of Appeals for the First Circuit. Attorney Rose is a member in good

standing in all state and federal courts in the jurisdictions where he is admitted to practice.

    3.    Attorney Rose has not been denied admission or disciplined by this Court or any other court.

    4.    Attorney Rose has fully reviewed and is familiar with the Rules of the United States District Court for the Southern District of New York.

WHEREFORE, for the foregoing reasons, American Tower Corporation hereby moves for admission *pro hac vice* of Attorney Alan D. Rose, Jr. to represent plaintiff American Tower Corporation in this matter.

    Respectfully Submitted,

/s/ Nicholas J. Rosenberg_____
Nicholas J. Rosenberg (NR 4326)
Rose, Chinitz & Rose
29 Commonwealth Avenue, 6th Floor
Boston, Massachusetts 02116
Tel:   (617) 536-0040
Fax:   (617) 536-4400
njr@rose-law.net

January 16, 2008

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 17, 2008.

                /s/ Nicholas J. Rosenberg_____
                Nicholas J. Rosenberg