UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN TOWER CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> JIDE J. ZEITLIN, <br> THE KEFFI GROUP LTD., and <br> INDEPENDENT MOBILE <br> INFRASTRUCTURE LTD <br><br> Defendants. | Civil Action No.: 1:07-cv-11629-DC |

### AFFIDAVIT OF ALAN D. ROSE, JR. IN SUPPORT OF
### MOTION FOR ADMISSION PRO HAC VICE

I, Alan D. Rose, Jr., do hereby on oath depose and state as follows:

1. I am a partner at the law firm of Rose, Chinitz & Rose, located at 29 Commonwealth Avenue, Boston, Massachusetts 02116. My telephone number is (617) 536-0040. My fax number is (617) 536-4400. My email address is adrjr@rose-law.net. Rose, Chinitz & Rose has been retained by plaintiff American Tower Corporation to represent them in this matter.

2. I am admitted to practice in the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, and the United States Court of Appeals for the First Circuit. I am a member in good standing in all of the courts and jurisdictions where I am admitted to practice. Attached hereto as Exhibits A-C, are Certificates of Good Standing for each of the jurisdictions where I am admitted to practice.

3. I have not been denied admission or disciplined by this Court or any other court.

4. I have fully reviewed and am familiar with the Rules of the United States District Court for the Southern District of New York.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 16TH DAY OF JANUARY, 2008.

_____
Alan D. Rose, Jr.

## **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 17, 2008.

/s/ Alan D. Rose, Jr.
Alan D. Rose, Jr.

# Exhibit A

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twentieth** day of **June** A.D. **1995**, said Court being the highest Court of Record in said Commonwealth:

**Alan D. Rose, Jr.**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **fifteenth** day of **January** in the year of our Lord **two thousand and eight.**

*MAURA S. DOYLE,* Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# Exhibit B

# UNITED STATES DISTRICT COURT

### DISTRICT OF ____ MASSACHUSETTS ____

**CERTIFICATE OF
GOOD STANDING**

I, ____ Sarah A. Thornton ____, *Clerk of this Court,*

certify that ____ **Alan D. Rose, Jr.** ____, Bar # ____ 628871 ____,

was duly admitted to practice in this Court on

____ September 15, 1995 ____, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at ____ Boston, Massachusetts ____ on ____ January 11, 2008 ____.
LOCATION                                                                    DATE

*Sarah A. Thornton*
CLERK

DEPUTY CLERK

# Exhibit C



# United States Court of Appeals
## For the First Circuit



## Certificate of Good Standing

I, Richard Cushing Donovan, Clerk of the United States Court of Appeals for the First Circuit, do hereby certify that **Alan D. Rose, Jr.** was, on the third day of March, in the year of our Lord, one thousand nine hundred and ninety-seven, admitted to practice as an Attorney and Counsellor for the United States Court of Appeals for the First Circuit, and that said Attorney has ever since been in good standing.

**In Testimony Whereof,** I hereunto subscribe my name and affix the seal of the United States Court of Appeals for the First Circuit, this eleventh day of January in the year of our Lord two thousand and eight.



Richard C. Donovan

Clerk of the United States Court of Appeals for the First Circuit