UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN TOWER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JIDE J. ZEITLIN,<br>THE KEFFI GROUP LTD., and<br>INDEPENDENT MOBILE<br>INFRASTRUCTURE LTD<br><br>Defendants. | Civil Action No.: 1:07-cv-11629-DC |

## MOTION FOR ADMISSION PRO HAC VICE
## OF ATTORNEY ALAN D. ROSE, JR.

Pursuant to Local Civil Rule 1.3(b), plaintiff American Tower Corporation, by and through its attorney Nicholas J. Rosenberg, a member of the bar of this Court, hereby moves for admission *pro hac vice* of Attorney Alan D. Rose, Jr. to represent American Tower Corporation in this matter. In support of this motion, American Tower Corporation submits the affidavit of Alan D. Rose, Jr., filed herewith, and states as follows:

1. Attorney Rose is a partner at the law firm of Rose, Chinitz & Rose, located at 29 Commonwealth Avenue, Boston, Massachusetts 02116. Rose, Chinitz & Rose has been retained by plaintiff American Tower Corporation to represent them in this matter.

2. Attorney Rose is admitted to practice in the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, and the United States Court of Appeals for the First Circuit. Attorney Rose is a member in good

standing in all state and federal courts in the jurisdictions where he is admitted to practice.

3. Attorney Rose has not been denied admission or disciplined by this Court or any other court.

4. Attorney Rose has fully reviewed and is familiar with the Rules of the United States District Court for the Southern District of New York.

WHEREFORE, for the foregoing reasons, American Tower Corporation hereby moves for admission *pro hac vice* of Attorney Alan D. Rose, Jr. to represent plaintiff American Tower Corporation in this matter.

Respectfully Submitted,

_____
Nicholas J. Rosenberg (NR 4326)
Rose, Chinitz & Rose
29 Commonwealth Avenue, 6th Floor
Boston, Massachusetts 02116
Tel:    (617) 536-0040
Fax:    (617) 536-4400
njr@rose-law.net

January 18, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN TOWER CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:07-cv-11629-DC |
| ) | |
| JIDE J. ZEITLIN, ) | |
| THE KEFFI GROUP LTD., and ) | |
| INDEPENDENT MOBILE ) | |
| INFRASTRUCTURE LTD ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF NICHOLAS J. ROSENBERG IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

I, Nicholas J. Rosenberg, being duly sworn, hereby depose and say as follows:

1. I an attorney of the firm Rose, Chinitz & Rose, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Alan D. Rose, Jr. as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 2005. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Alan D. Rose, Jr. since approximately March 2007.

4. Mr. Rose is a partner of the firm Rose, Chinitz & Rose, in Boston, Massachusetts.

5.  I have found Mr. Rose to be a skilled attorney and a person of integrity. He is experienced in the Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move for the admission of Alan D. Rose, Jr., pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Alan D. Rose, Jr., pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Alan D. Rose, Jr., to represent Plaintiff in the above captioned matter, be granted.

Dated: January 23, 2008

City, State:   Boston, Massachusetts

Respectfully submitted,

Nicholas J. Rosenberg (NR 4326)
Rose, Chinitz & Rose
29 Commonwealth Avenue, 6th Floor
Boston, Massachusetts 02116
Tel:   (617) 536-0040
Fax:   (617) 536-4400
njr@rose-law.net

Notary.
My Commission Expires: 12/27/2013.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN TOWER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JIDE J. ZEITLIN,<br>THE KEFFI GROUP LTD., and<br>INDEPENDENT MOBILE<br>INFRASTRUCTURE LTD<br><br>Defendants. | Civil Action No.: 1:07-cv-11629-DC |

## AFFIDAVIT OF ALAN D. ROSE, JR. IN SUPPORT OF
## MOTION FOR ADMISSION PRO HAC VICE

I, Alan D. Rose, Jr., do hereby on oath depose and state as follows:

1. I am a partner at the law firm of Rose, Chinitz & Rose, located at 29 Commonwealth Avenue, Boston, Massachusetts 02116. My telephone number is (617) 536-0040. My fax number is (617) 536-4400. My email address is adrjr@rose-law.net. Rose, Chinitz & Rose has been retained by plaintiff American Tower Corporation to represent them in this matter.

2. I am admitted to practice in the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, and the United States Court of Appeals for the First Circuit. I am a member in good standing in all of the courts and jurisdictions where I am admitted to practice. Attached hereto as Exhibits A-C, are Certificates of Good Standing for each of the jurisdictions where I am admitted to practice.

      3.    I have not been denied admission or disciplined by this Court or any other court.

      4.    I have fully reviewed and am familiar with the Rules of the United States District Court for the Southern District of New York.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 16TH DAY OF JANUARY, 2008.

_____
Alan D. Rose, Jr.

1/17/08

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twentieth** day of **June** A.D. **1995**, said Court being the highest Court of Record in said Commonwealth:

**Alan D. Rose, Jr.**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **fifteenth** day of **January** in the year of our Lord **two thousand and eight**.



MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

AO 136 (Rev. 9/98) Certificate of Good Standing

## UNITED STATES DISTRICT COURT

DISTRICT OF        MASSACHUSETTS

**CERTIFICATE OF
GOOD STANDING**

I,        Sarah A. Thornton        , Clerk of this Court,

certify that   **Alan D. Rose, Jr.**   , Bar #   628871   ,

was duly admitted to practice in this Court on

   September 15, 1995   , and is in good standing
          DATE

as a member of the Bar of this Court.

Dated at      Boston, Massachusetts      on   January 11, 2008   .
              LOCATION                              DATE

*Sarah A. Thornton*
CLERK                                    DEPUTY CLERK

# United States Court of Appeals



### for the
### First Circuit

---

## Certificate of Good Standing

I, Richard Cushing Donovan, Clerk of the United States Court of Appeals for the First Circuit, do hereby certify that **Alan D. Rose, Jr.** was, on the third day of March, in the year of our Lord, one thousand nine hundred and ninety-seven, admitted to practice as an Attorney and Counsellor for the United States Court of Appeals for the First Circuit, and that said Attorney has ever since been in good standing.

***In Testimony Whereof,*** Thereunto subscribe my name and affix the seal of the United States Court of Appeals for the First Circuit, this eleventh day of January in the year of our Lord two thousand and eight.



*Richard C Donovan*
Clerk of the United States Court of Appeals for the First Circuit

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN TOWER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JIDE J. ZEITLIN,<br>THE KEFFI GROUP LTD., and<br>INDEPENDENT MOBILE<br>INFRASTRUCTURE LTD<br><br>Defendants. | Civil Action No.: 1:07-cv-11629-DC |

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Nicholas J. Rosenberg, attorney for plaintiff American Tower Corporation and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Alan D. Rose, Jr. |
| Firm Name: | Rose, Chinitz & Rose |
| Address: | 29 Commonwealth Avenue, 6th Floor |
| City/State/Zip: | Boston, Massachusetts 02116 |
| Telephone/Fax: | 617-536-0040<br>617-536-4400 |
| Email Address: | adrjr@rose-law.net |

is admitted to practice pro hac vice as counsel for plaintiff American Tower Corporation in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for

an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:

City, State:

_____
United States District/Magistrate Judge