UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN TOWER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JIDE J. ZEITLIN,<br>THE KEFFI GROUP LTD., and<br>INDEPENDENT MOBILE<br>INFRASTRUCTURE LTD.,<br><br>Defendants. | Civil Action No.: 1:07-cv-11629-DC |

**JOINT STIPULATION TO EXTEND THE TIME WITHIN
WHICH PLAINTIFF AMERICAN TOWER CORPORATION
MAY FILE ITS FIRST AMENDED COMPLAINT**

Plaintiff American Tower Corporation ("American Tower") and Defendants Jide J. Zeitlin ("Zeitlin"), the Keffi Group Ltd. ("Keffi") and Independent Mobile Infrastructure Ltd. ("IMIL"), acting through their respective undersigned counsel, hereby stipulate that the deadline within which plaintiff American Tower must file its First Amended Complaint shall be extended to, and including, February 5, 2008.  The Parties have agreed to this Stipulation in the hope of resolving this matter without the need for further intervention from this Court.

/

/

/

/

/

/

Respectfully Submitted,

AMERICAN TOWER CORPORATION,

By its attorneys,


/s/ Nicholas J. Rosenberg
Nicholas J. Rosenberg (NR-4326)
Alan D. Rose, Jr., (admission *pro hac vice* pending)
ROSE, CHINITZ & ROSE
29 Commonwealth Ave
Boston, Massachusetts 02116
Tel: 617-536-0040
Fax: 617-536-4400


JIDE J. ZEITLIN,
THE KEFFI GROUP LTD., and
INDEPENDENT MOBILE
INFRASTRUCTURE LTD.

By their attorneys,


/s/ Jeffrey A. Simes
Jeffrey A. Simes (JS-7060)
Goodwin Procter, LLP
599 Lexington Avenue
New York, NY 10022
Tel: 212-813-8800
Fax: 212-355-3333

James C. Rehnquist (admission *Pro Hac Vice* pending)
Goodwin Procter LLP
53 State Street
Boston, MA 02109
Tel: 617-570-1000
Fax: 617-523-1231


Date: February 1, 2008