UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
FILED: 2/7/08

AMERICAN TOWER CORPORATION, )
)
        Plaintiff, )
)
v. )
)  Civil Action No.: 1:07-cv-11629-DC
JIDE J. ZEITLIN, )
THE KEFFI GROUP LTD., and )
INDEPENDENT MOBILE )
INFRASTRUCTURE LTD., )
)
        Defendants. )

### STIPULATION TO EXTEND THE TIME FOR FILING OF AMENDED COMPLAINT AND MOTION TO DISMISS

Plaintiff American Tower Corporation ("American Tower") and Defendants Jide J. Zeitlin ("Zeitlin"), the Keffi Group Ltd. ("Keffi") and Independent Mobile Infrastructure Ltd. ("IMIL"), acting through their respective undersigned counsel, hereby stipulate that the deadlines previously set forth by the Court at its January 16, 2008 conference, concerning the filing of the Plaintiff's Amended Complaint and Defendants' Motion to Dismiss, shall be briefly extended to permit the parties an opportunity to resolve this dispute without the need for further litigation. The parties hereby stipulate to the following deadlines:

| Event | Existing Deadline | New Deadline |
| --- | --- | --- |
| Plaintiff's Amended Complaint | February 1, 2008 (February 5 by prior stipulation) | February 12, 2008 |
| Defendants' Motion to Dismiss | February 15, 2008 | February 27, 2008 |
| Opposition to Motion to Dismiss | February 29, 2008 | March 12, 2008 |
| Reply Memorandum if any | March 7, 2008 | March 19, 2008 |

Respectfully Submitted,

| AMERICAN TOWER CORPORATION, | JIDE J. ZEITLIN, THE KEFFI GROUP LTD., and INDEPENDENT MOBILE INFRASTRUCTURE LTD. |

By its attorneys,

*/s/ Nicholas L. Rosenberg*

Nicholas L. Rosenberg (NR-4326)
Alan D. Rose, Jr., (admission *pro hac vice* pending)
ROSE, CHINITZ & ROSE
29 Commonwealth Ave
Boston, Massachusetts 02116
Tel: 617-536-0040
Fax: 617-536-4400

By their attorneys,

*/s/ James C. Rehnquist*

Jeffrey A. Simes (JS-7960)
Goodwin Procter, LLP
599 Lexington Avenue
New York, NY 10022
Tel: 212-813-8800
Fax: 212-355-3333

James C. Rehnquist (admission *pro hac vice* pending)
Goodwin Procter LLP
53 State Street
Boston, MA 02109
Tel: 617-570-1000
Fax: 617-523-1231

Date: February 5, 2008

SO ORDERED.

*/s/*
USDJ
2/6/08

2