Chin, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
AMERICAN TOWER CORPORATION,     )
                                )
              Plaintiff,        )
                                )
v.                              )
                                )   Civil Action No.: 1:07-cv-11629-DC
JIDE J. ZEITLIN,                )
THE KEFFI GROUP LTD. and        )
INDEPENDENT MOBILE              )
INFRASTRUCTURE LTD.,            )
                                )
              Defendants.       )
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff American Tower Corporation hereby voluntarily dismisses this action with prejudice.

Respectfully Submitted,

_____
Nicholas J. Rosenberg (NR-4326)
Alan D. Rose, Jr., (admission *pro hac vice* pending)
Rose, Chinitz & Rose
29 Commonwealth Avenue, 6th Floor
Boston, Massachusetts 02116
Tel:  (617) 536-0040
Fax:  (617) 536-4400

February 8, 2008

So ORDERED.

_____
U.S.D.J.

2/14/08

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 8, 2008.

Nicholas J. Rosenberg (NR-4326)