```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
AMERICAN TOWER CORPORATION,

                    Plaintiff,
                                          07 Civ. 11629 (DAB)
     -against-                            ORDER TO STRIKE

JIDE ZEITLAN, et al.,

                    Defendants.
------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

   The Clerk of the Court is hereby ORDERED to strike document number twelve from the docket. The Court's Order Admitting Counsel Pro Hoc Vice is void, having been improperly entered.

   SO ORDERED.

   Dated:    New York, New York
             February 25, 2008

                                   _____
                                        Deborah A. Batts
                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/25/08